## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Albert J. Schulz**
*Personal Representative of the Will of Eleanor W. Lambert*
    Plaintiff

    V.

CIVIL ACTION

NO. 1:23-cv-12128-ADB

**Northeastern University**
    Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order dated February 8, 2024, GRANTING Defendant' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

2/8/2024                                         /s/ Caetlin McManus
Date                                                Deputy Clerk